AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**HARRY WILLIAM LOTT,**

    **Plaintiff,**

**v.**

**MARIETTA MUNICIPAL COURT, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:13-CV-00377**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed January 6, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 6, 2014      JOHN P. HEHMAN, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk